UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RONALD MESSAM,

                    Plaintiff,

        -against-                                                  10 Civ. 0291 (LAK)

N.Y. CITY HEALTH & HOSPITAL CORP., et al.,

                    Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      This action is dismissed with prejudice for the reasons stated in the report and recommendation of Magistrate Judge Theodore H. Katz to which no objection has been filed. The Clerk shall close the case.

      SO ORDERED.

Dated:      February 15, 2011

                                                _____
                                                      Lewis A. Kaplan
                                                    United States District Judge